**The below described is SIGNED.**

**Dated: May 31, 2011**



_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| In re: | Case No. 11-22852 |
|---|---|
| SHAWN L. WORKS | Chapter 13 |
| CHERISH DIANE WORKS | Judge Joel T. Marker |
| Debtors. | (Confirmation Hearing: *05/17/11 at 10:00 AM*) |

**ORDER CONTINUING CONFIRMATION HEARING**

**FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on *05/17/11 at 10:00 AM*. Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The hearing on confirmation is continued to July 12, 2011, at 10:00 AM.

**END OF DOCUMENT**

**Filed: 05/20/11**

Entered On Docket: 05/31/2011

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 20th day of May 2011. Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order. If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

ROBERT S. PAYNE
ECF NOTIFICATION

_____/s/_____
Office Chapter 13 Trustee

## COURT SERVICE LIST

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

ROBERT S. PAYNE
ECF NOTFICATION

SHAWN L. WORKS
CHERISH DIANE WORKS
PO BOX 303
ANNABELLA, UT 84711-0000

*Printed by S on 5/20/11*

```
                              United States Bankruptcy Court
                                    District of Utah
```

```
In re:                                                                  Case No. 11-22852-JTM
Shawn L Works                                                           Chapter 13
Cherish Diane Works
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1088-2        User: mkh              Page 1 of 1         Date Rcvd: May 31, 2011
                            Form ID: pdfor1       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2011.
db/jdb         +Shawn L Works,    Cherish Diane Works,    PO Box 303,    Annabella, UT 84711-0303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2011**            **Signature:**    *Joseph Speetjens*